AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## Jun 12, 2024

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

TASHIA G.

_____
           *Plaintiff*

v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY

_____
           *Defendant*

)
)
)
)
)
)

Civil Action No.   1:23-CV-03210-MKD

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to the Court order at ECF No. 16, the parties' Stipulated Motion for Remand, ECF No. 14, is GRANTED. The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Mary K. Dimke _____

Date:  6/12/2024 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Brian Molony
_____
        *(By) Deputy Clerk*

Brian Molony
_____